IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTINE JOBE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-588-K-BN |
| | § | |
| JPMORGAN CHASE BANK, | § | |
| NATIONAL ASSOCIATION, and | § | |
| CARRINGTON MORTGAGE | § | |
| SERVICES, LLC, it/their successors | § | |
| and/or assigns | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 18, 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The Court grants Defendant JPMorgan Chase Bank, National Association's Motion to Dismiss [Dkt. No. 10]. Specifically, Plaintiff Christine Jobe's request for injunctive relief, and her claims for breach of contract and violations of the Texas Debt Collection Act, are dismissed

without prejudice. The Court grants Jobe 21 days from the date of this order to file an amended complaint and orders that, if Jobe fails to do so, the remaining claims will be dismissed with prejudice without further notice.

**SO ORDERED.**

**Signed October 7th, 2020.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE